

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00342-CV

**IN RE THE THERESA ANN PALACIOS SMITH TESTAMENTARY TRUST,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2016-PB-7000073-L1
Victor Villarreal, Judge Presiding

# O R D E R

Appellant's motion to abate appellate deadlines is GRANTED. All appellate deadlines are suspended for 30 days. Appellate deadlines will be reinstated on **August 21, 2017**. Accordingly, appellant's brief shall be due **September 18, 2017**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk